CAPITOL RECORDS, INC., Appellant, v NAXOS OF AMERICA, INC., Respondent.

Submitted January 31, 2005; decided February 10, 2005

Motion by Recording Industry Association of America for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

In the Matter of FRANCIS G. D'AMBROSIO, Appellant, v DEPARTMENT OF HEALTH OF THE STATE OF NEW YORK et al., Respondents.

Submitted March 1, 2004; decided February 10, 2005

On the Court's own motion, appeal taken as of right dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal granted.

In the Matter of OTIS P. JENKINS, Respondent-Appellant, v JUDY A. JENKINS, Appellant-Respondent, and PAMELA WALTON, Respondent. (And Three Other Related Proceedings.)

Submitted February 7, 2005; decided February 10, 2005

Motion for assignment of counsel granted and Charles J. Keegan, Esq., P.O. Box 3128, Albany, New York 12203 assigned as counsel to the respondent-appellant on the appeal herein.